# United States Court of Appeals
## For the First Circuit

---

No. 23-1610

UNITED STATES,

Appellee,

v.

JOSÉ M. CEBALLOS, t/n José M. Guzmán-Ceballos,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued on July 8, 2025, is amended as follows:

On page 4, line 3, replace "this" with "his".

On page 4, line 8, replace "nor" with "or".